UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

        Plaintiff,

    v.

MELINDA RENE SELF,

        Defendant.

Case No. 26-cv-00412-JST

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Re: ECF No. 8

The Court has reviewed Magistrate Judge Laurel Beeler's report and recommendation to dismiss this case. ECF No. 8. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. The Court lacks subject matter jurisdiction over this case, and Plaintiff failed to file an amended complaint by the February 13, 2026 deadline. Nor has Plaintiff filed any other documents in this case since filing a consent to proceed before a magistrate judge on January 20, 2026. ECF No. 7. Accordingly, the Court agrees with the magistrate judge's recommendation to dismiss the case. Dismissal is without further leave to amend.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 13, 2026



_____
JON S. TIGAR
United States District Judge